IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

2023 JUL 25 P 12: 19

M. akin

| | | |
|---|---|---|
| JULIUS THOMPSON, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-018 |
| | ) | |
| VERONICA STEWART; RICKY WILCOX; | ) | |
| and ANTOINETTE JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed, (doc. no. 15). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this ____ day of July, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE